## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24 -cv-99 |
| v. | ) | |
| | ) | |
| SECRETARY HARRY LAUREL, | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM ORDER

In this *pro se* civil action, Plaintiff Brian Nelson, an inmate at the State Correctional Institution at Camp Hill, has sued Harry Laurel, the Secretary of the Pennsylvania Department of Corrections, along with various medical and corrections personnel for the alleged violation of his federal rights based on medical care that he received at the prison. The case has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Civil Rule 72.

On June 27, 2025, Judge Lanzillo issued a report and recommendation ("R&R") in which he opined that the complaint should be dismissed based on Plaintiff's failure to prosecute this case. ECF No. [16]. After considering the various factors set forth in *Poulis v. State Farm Fire & Casualty Company*, 747 F.2d 863 (3d Cir. 1984), Judge Lanzillo concluded that, on balance, the relevant factors weighed in favor of dismissal as a punitive sanction.

Objections to the R&R were due on or before July 14, 2025. To date, no objections have been received.

Accordingly, after *de novo* review of the Complaint and documents in the case, including the Chief Magistrate Judge's Report and Recommendation, ECF No. [16],

1

IT IS ORDERED, this 21st day of July, 2025, that pursuant to Rule 41(b) of the Federal

Rules of Civil Procedure, the claims asserted by Plaintiff Brian Nelson shall be, and hereby are,

DISMISSED without prejudice, based on Plaintiff's failure to prosecute this case.

IT IS FURTHER ORDERED that the Report and Recommendation of Chief United

States Magistrate Judge Lanzillo, issued on June 27, 2025, ECF No. [16], is adopted as the

Opinion of this Court.

Susan Paradise Baxter
United States District Judge